(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**BETHLEHEM STEEL CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br><br>N/A | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**See Annexed Exhibit 1** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>N/A | |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**Tax I.D. No.  24-0526133** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>N/A | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1170 EIGHTH AVENUE**<br>**BETHLEHEM, PA  18016-7699** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>N/A | |
| County of Residence or of the Principal Place of Business:<br>**LEHIGH** | County of Residence or of the Principal Place of Business:<br>N/A | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br><br>New York, NY; Lackawanna, NY; Burns Harbor, IN; Sparrows Point, MD; Steelton, PA; Coatesville, PA; Conshohocken, PA | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)                ☐ Railroad<br>☒ Corporation              ☐ Stockbroker<br>☐ Partnership              ☐ Commodity Broker<br>☐ Other _____ | ☐ Chapter 7         ☒ Chapter 11         ☐ Chapter 13<br>☐ Chapter 9         ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business        ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)        THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

NY2:\1054063\04\MLBJ04!.DOC\25930.0028

**(Official Form 1) (9/97)**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**BETHLEHEM STEEL CORPORATION**     **FORM B1, Page 2** |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: **See Annexed Exhibit 2** | Case Number: | Date Filed: |
|---|---|---|
| District: **Southern District of New York** | Relationship: | Judge: |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ W. H. Graham**<br>Signature of Authorized Individual<br><br>W. H. Graham<br>Printed Name of Authorized Individual<br><br>Senior Vice President, General Counsel and Secretary<br>Title of Authorized Individual<br><br>October 15, 2001<br>Date |
| **Signature of Attorney**<br><br>X **/s/ Jeffrey L. Tanenbaum**<br>Signature of Attorney for Debtor(s)<br><br>Harvey R. Miller, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>George A. Davis, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>(212) 310-8000<br><br>October 15, 2001<br>Date | **Signature of Non-Attorney Petition Preparer**<br><br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition. | |
| **Exhibit B**<br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date | X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
BETHLEHEM STEEL CORPORATION,               :    01-_____ (____)
                                           :
              Debtor.                      :
                                           :
-----------------------------------------------------------------x
```

### EXHIBIT A TO VOLUNTARY PETITION[1]

1. The Debtor's equity securities are registered under Section 12 of the Securities Exchange Act of 1934. The SEC file number is 1 – 1941.

2. The following financial data (unaudited) is the latest available information and reflects the Debtor's financial condition, as consolidated with its affiliate debtors and non-debtors, as of September 30, 2001[2]:

   a. Total Assets (Book Value):       $4.2 billion

   b. Total Debts:                     $4.5 billion

---

[1] The following financial data shall not constitute an admission of liability by the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein as liquidated or fixed is in fact a disputed claim or debt. The Debtor also reserves all rights to challenge the priority, nature, amount or status of any claim or debt.

[2] Excluding intercompany liabilities for the purposes of consolidated reporting herein.

NY2:\1054063\04\MLBJ04!.DOC\25930.0028

c. The following are the Debtor's debt securities that are held by more than 500 holders:

| Type of Security | Amount of Issue | Approximate Number of Record Holders[3] | As of Date |
|---|---|---|---|
| 10-3/8% Senior Notes due 2003 | $105 million | 117 | October 10, 2001 |
| 7-5/8% Notes due 2004 | $150 million | 17 | September 30, 2001 |
| 6-1/2% Notes due 2006 | $75 million | Cede & Co.* | September 30, 2001 |
| Burns Harbor 8.00% IRB | $26.2 million | Cede & Co.* | September 30, 2001 |
| Northampton 7.55% IRB | $23.4 million | Cede & Co.* | September 30, 2001 |
| Baltimore 7.55% IRB | $20.8 million | Cede & Co.* | September 30, 2001 |
| Baltimore 7.50% IRB | $33.0 million | Cede & Co.* | September 30, 2001 |
| Cambria 7.5% IRB | $25.5 million | Cede & Co.* | September 30, 2001 |
| 8.45% Debentures due March 1, 2005 | $74 million | 463 | October 10, 2001 |

d. Summary of debt obligations as of September 30, 2001:[4]

| Character of Debt Obligations | Approximate Amount of Debt | Approximate Number of Holders |
|---|---|---|
| Fixed, liquidated secured debt | $398.3 million | Unknown |
| Contingent, unliquidated secured debt | N/A | N/A |
| Disputed secured debt | N/A | N/A |
| Fixed, liquidated unsecured debt | 3.9 billion | Unknown |
| Contingent, unliquidated unsecured debt | 121.3 million | Unknown |

---

[3] Most record holders are trust accounts, brokerages and insurance companies. As the exact number of holders is unknown, the Debtor has listed all of its debt securities.

[4] Consolidated with affiliates, excluding intercompany liabilities.

e. Summary of Debtor's equity security interests as of September 30, 2001:

| Character of Equity Security Interest | Number of Shares | Number of Holders |
|---|---|---|
| Preferred Stock | 13,672,220 | 16,764 |
| Common Stock | 130,227,172 | 30,684[5] |

3. Business. Bethlehem Steel Corporation is a Delaware corporation, which, along with its subsidiaries and affiliates, manufactures and sells a wide variety of steel mill products including hot-rolled, cold-rolled and coated sheets, tin mill products, carbon and alloy plates, rail, specialty blooms, carbon and alloy bars and large diameter pipe. Its principal markets include automotive, construction, machinery and equipment, appliance, containers, service centers, rail and pipe.

4. Bethlehem Steel Corporation is the second largest integrated steelmaker in the United States. Its principal operations are comprised of three divisions – Burns Harbor, Sparrows Point, and Pennsylvania Steel Technologies. The Burns Harbor Division operates facilities in Indiana on Lake Michigan and in Lackawanna, New York on Lake Erie. The Sparrows Point Division operates a facility on the Chesapeake Bay, near Baltimore, Maryland and two facilities in Pennsylvania – Coatesville and Conshohocken. Sales of products produced at the Burns Harbor and Sparrows Point Divisions, primarily steel sheet and plate, generate approximately 95% of Bethlehem Steel Corporation's revenues. The Pennsylvania Steel Technologies Division, the nation's largest rail producer and a manufacturer of specialty blooms, carbon and alloy bars and large diameter pipe, operates a facility in Steelton, Pennsylvania.

---

[5] Only includes record holders.

5. In addition to Bethlehem Steel Corporation's steel production and manufacturing facilities, the Debtors (i) own former industrial sites and redevelop, market and sell such sites as commercial, industrial, light industrial and mixed-use properties, (ii) through subsidiaries, operate eight shortline and switching railroads, and trucking and intermodal facilities and provide logistics services, (iii) have residual interests in formerly owned plants and facilities, (iv) participate in a number of joint ventures, partnerships and limited liability companies that own and operate iron ore mines and reserves, sheet steel coating and processing facilities, metal product fabrication facilities, heavy machinery and rolling mill grinding facilities, and clinics for providing healthcare services to employees and retirees, (v) own shutdown coal mines and coal reserves in Pennsylvania, West Virginia and Kentucky and (vi) operate Great Lakes ore carrying vessels.

6. Listed below is the name of each person or entity that, as of the date indicated, directly or indirectly owned, controlled, or held, with power to vote, 5% or more of the voting securities of the Debtor:

| Holder | Percentage Held | As Of |
|---|---|---|
| Greenway Partners, L.P. | 6.2% | August 31, 2001 |
| Dimensional Fund Advisors | 5.3% | August 31, 2001 |

# EXHIBIT 1

## All Other Names Used By the Debtor and its Debtor Affiliates in the Last 6 Years

Bethcon
BethForge Division
Bethlehem Plant Coke Oven Division
Bethlehem-Lukens Plate Division
Bethlehem Works
Brandywine Security Company
Burns Harbor Division
Burns Harbor Galvanized Products Division
CENTEC
Chesapeake Energy Services, Inc.
Galvanized Products Division
EGL Steel Inc.
Lackawanna Coke Division
Lackawanna Galvanized Division
LI Flex Force
L-S II Electro-Galvanizing Company
LGI
Lukens, Inc.
Lukens Steel Company
PST
Pennsylvania Steel Technologies Division
Sparrows Point Division
Structural Products Division
Washington Plant/Stainless Steel Division
Washington Specialty Metals, Inc.
Washington Specialty Metals Corporation

# EXHIBIT 2

## Pending or Concurrent Bankruptcy Case Filed by Affiliate/Partner

| Name of Affiliate | Date Filed | District | Case Number | Judge | Relation to Debtor |
|---|---|---|---|---|---|
| Alliance Coatings Company, LLC | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| BethEnergy Mines Inc. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Cold Rolled Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Development Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Rail Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Steel de Mexico, S.A. de C.V. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Steel Export Company of Canada, Limited | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Bethlehem Steel Export Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| BethPlan Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Chicago Cold Rolling, L.L.C. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Eagle Nest Inc. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Encoat-North Arlington, Inc. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Energy Coatings Company | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Greenwood Mining Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| HPM Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Kenacre Land Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| L I Service Company | 10/15/01 | Southern District of New York | 01- | | Affiliate |

| Marmoraton Mining Company, Ltd. | 10/15/01 | Southern District of New York | 01- | | Affiliate |
|---|---|---|---|---|---|
| Mississippi Coatings Limited Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Mississippi Coatings Line Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Ohio Steel Service Company, LLC | 10/15/01 | Southern District of New York | 01- | | Affiliate |
| Primeacre Land Corporation | 10/15/01 | Southern District of New York | 01- | | Affiliate |

# BETHLEHEM STEEL CORPORATION
# CERTIFICATE OF RESOLUTIONS

I, W. H. Graham, Senior Vice President, General Counsel and Secretary of Bethlehem Steel Corporation, a Delaware corporation (the "Company"), hereby certify that the following is a true and correct copy of resolutions duly adopted at a special meeting of the Board of Directors of the Company held on October 14, 2001, in accordance with the requirements of the applicable Delaware law and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

> RESOLVED, that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders, employees and other interested parties, that the Company commence a chapter 11 case by filing a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

> RESOLVED, that, each of Robert S. Miller, Jr., as Chairman & Chief Executive Officer, Leonard M. Anthony, as Senior Vice President, Chief Financial Officer and Treasurer, Duane R. Dunham, as President and Chief Operating Officer, Augustine E. Moffitt, Jr., as Executive Vice President & Chief Administrative Officer, David M. Beinner, as Senior Vice President, Thomas J. Conarty, Jr., as Senior Vice President, William H. Graham, as Senior Vice President, General Counsel & Secretary, Lonnie A. Arnett, as Vice President and Controller, Stephen G. Donches, as Vice President, John L. Kluttz, as Vice President, Carl F. Meitzner, as Vice President, Malcolm J. Roberts, as Vice President, and Dorothy L. Stephenson, as Vice President (each, an "Authorized Officer" and together, the "Authorized Officers"), be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine; and

> RESOLVED, that each of the Authorized Officers, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any Authorized Officer

NY2:\1054063\04\MLBJ04!.DOC\25930.0028

may deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of the case; and

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 be, and it hereby is, employed as attorneys for the Company under a general retainer; and

RESOLVED, that each of the Authorized Officers, and such other officers of the Company as the Authorized Officers shall from time to time designate, be, and hereby are authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper or desirable; and

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a Revolving Credit and Guaranty Agreement among the Company and certain of its subsidiaries, as Debtors and Debtors in Possession under Chapter 11 of the Bankruptcy Code, the subsidiaries of the Company named therein, as Guarantors, the Lenders party thereto, and General Electric Capital Corporation, as Administrative Agent (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates; and

RESOLVED, that each of the Authorized Officers, and such other officers of the Company as the Authorized Officers shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to prosecute to a successful completion  the chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure and ownership of the Company consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions and the transactions

contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that any and all past actions heretofore taken by officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of October, 2001.

BETHLEHEM STEEL CORPORATION

/s/ W.H. Graham
W. H. Graham
Senior Vice President
General Counsel and Secretary