| | |
|---|---|
| Gladstein, Reif & Meginniss LLP | Crandall, Pyles, Haviland & Turner, LLP |
| By: Kent Y. Hirozawa (KH 4465) | By: Bradley J. Pyles |
| 817 Broadway | P. O. Box 596 |
| New York, New York 10003 | Logan, West Virginia 25601 |
| (212) 228-7727 | (304) 752-6000 |

Attorneys for United Mine Workers of America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case Nos. |
| BETHLEHEM STEEL CORPORATION<br>a New Jersey corporation, et al., | 01-15288 (BRL) through<br>01-15302, 01-15308 through<br>01-15315 (BRL)<br>Jointly Administered |
| Debtors. | |

-----------------------------------------------------x

## AMENDED DESIGNATION OF CONTENTS OF RECORD ON APPEAL
## AND STATEMENT OF ISSUES

The United Mine Workers of America ("UMWA"), after conferring with counsel for the Debtors, files this Amended Designation. The UMWA designates the following documents to be included in the Record on Appeal in its appeal under 28 U.S.C. §158(a) from the Order of the Bankruptcy Court entered March 25, 2003, styled **Order Pursuant to Section 1114 of the Bankruptcy Code Authorizing Termination of Retiree Benefits:**

| | Date Filed | Docket # | Description |
|---|---|---|---|
| 1 | 03/03/2003 | 990 | Motion of Debtors for Authorization to Terminate Retiree Benefits Pursuant to Section 1114 of the Bankruptcy Code, with Attached Exhibits and Proposed Order. |
| 2 | 03/13/2003 | 1032 | Objection to Motion of Debtors for Authorization to Terminate Retiree Benefits Pursuant to Section 1114 of the Bankruptcy Code filed by Kent Y. Hirozawa on behalf of |

| | | | |
|---|---|---|---|
| | | | United Mine Workers of America. |
| 3 | 03/13/2003 | 1033 | Response to Motion of Debtors for Authorization to Terminate Retiree Benefits Pursuant to Section 1114 of the Bankruptcy Code filed by Babette A. Ceccotti on behalf of United Steelworkers of America. |
| 4 | 03/13/2003 | 1035 | Response to Motion, Crossmotion and Objection to Debtors' Motion to Terminate Retiree Benefits filed by Frank F. Velocci on behalf of Official Section 1114 Committee of Retirees, with Attachments: #1 Certification of A. Dennis Terrell in Support of Crossmotion and Objection, # 2 Exhibits A through E to Certification of A. DennisTerrell, #3 Certification of James Van Vliet in Support of Crossmotion and Objection, #4 Crossmotion and Objection of Official Section 1114 Committee of Retirees, #5 Proposed Form of Order. |
| 5 | 03/17/2003 | 1043 | Reply to Motion / Debtors' Reply to Objections of the Retirees' Committee and United Mine Workers of America to Debtors' Motion Pursuant to Section 1114 of the Bankruptcy Code for Authorization to Terminate Retiree Benefits filed by George A. Davis on behalf of Bethlehem Steel Corporation. Attachments: Exhibit Exhibits A through L, Proposed Order, and Additional attachment(s) added on 3/21/2003. |
| 6 | 03/25/2003 | 1060 | Order signed on 3/25/2003, Pursuant to Section 1114 of the Bankruptcy Code Authorizing Termination of Retiree Benefits. |
| 7 | 3/24/2002 | | Exhibits Admitted at Hearing of 3/24/2003: Letter from Dorothy L. Stephenson to Bradley J. Pyles dated March 21, 2003, with attached Operating Reports for January and February 2003, and Sources and Uses Schedule (Sources and Uses Schedule to be filed under seal). |
| 8 | 04/02/2003 | 1072 | Notice of Appeal from Order pursuant to Section 1114 of the Bankruptcy Code Authorizing Termination of Retiree Benefits filed by Kent Y. Hirozawa on behalf of United Mine Workers of America. |
| 9 | | | Transcript of hearing of March 24, 2003. |

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in granting the Debtor's motion to terminate retiree health benefits of UMWA retirees pursuant to §1114 of the Bankruptcy Code, and finding that the substantive requirements of §1114 were met.

2. Whether the Bankruptcy Court erred in granting the Debtor's motion to terminate retiree health benefits in view of the Debtor's violation of §1114(f)(2) of the Bankruptcy Code with respect to certain UMWA retirees.

Dated: New York, New York
       May 7, 2003

GLADSTEIN, REIF & MEGINNISS, LLP

By:   /s/ Kent Y. Hirozawa
       Kent Y. Hirozawa (KH 4465)

817 Broadway
New York, New York 10003
(212) 228-7727

CRANDALL, PYLES, HAVILAND
& TURNER, LLP
By: Bradley J. Pyles
P. O. Box 596
Logan, West Virginia 25601
(304) 752-6000

Attorneys for United Mine Workers of America

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Amended Designation of Contents of Record on Appeal and Statement of Issues is being served on May 7, 2003, in accordance with General Order M-182 upon the persons listed below:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Mark A. Jacoby

Drinker, Biddle & Reath, LLP
30 Broad Street, 30th Floor
New York, New York 10004
Att'n: A. Dennis Terrell

Cohen, Weiss & Simon, LLP
330 West 42nd Street
New York, New York 10036
Att'n: Babette A. Ceccotti

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Att'n: Tracy H. Davis

Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, New York 10022
Att'n: Thomas M. Mayer

Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017
Att'n: John Fouhey

Sidley Austin Brown & Wood LLP
875 Third Avenue
New York, New York 10022
Att'n: Lee S. Attanasio

                          /s/ Kent Y. Hirozawa
                          Kent Y. Hirozawa (KH 4465)