# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE · NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

DALLAS
HOUSTON
MENLO PARK
(SILICON VALLEY)
MIAMI
WASHINGTON, D.C.

BRUSSELS
BUDAPEST
FRANKFURT
LONDON
PRAGUE
WARSAW

WRITER'S DIRECT LINE
212-310-8408
tyson.lomazow@weil.com

November 17, 2003

Ms. Susan P. Johnston, Esq.
Covington & Burling
1330 Avenue of the Americas
2nd Floor
New York, NY 10019

Re: **In re Bethlehem Steel Corporation, *et al*, Ch. 11 Case Nos. 01-15288 through 01-15302; 01-15308 through 01-15315 (BRL) (the "Debtors")**

Dear Ms. Johnston:

On November 13, 2003, the Debtors agreed to adjourn the hearing to consider the Debtors' Fifteenth Omnibus Objection to Proofs of Claim (Environmental Claims) as it relates to the claim of your client, Western Processing Trust Fund II ("WPTF"), claim number 5369 (the "WPTF Claim"). As per our conversation on November 14th, 2003, this will confirm that WPTF will not oppose the disallowance and expungement of the WPTF Claim. If this accurately reflects our conversation, please confirm same with your signature below and return to my attention via telecopy at (212) 310-8007.

Very truly yours,

Tyson M. Lomazow

TML:vr
cc: Kathleen Mills, Esq.

AGREED and ACCEPTED

Susan P. Johnston, Esq.

NY2:\1341241\01\SQWP01!.DOC\25930.0030

TOTAL P.02