UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case Nos. |
| | : | |
| BETHLEHEM STEEL CORPORATION, | : | 01-15288 (BRL) through |
| et al., | : | 01-15302, and 01-15308 |
| | : | through 01-15315 (BRL) |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------x

# ORDER AUTHORIZING BETHLEHEM STEEL CORPORATION LIQUIDATING TRUST TO MODIFY TERMS OF ENGAGEMENT AGREEMENT

Upon the Application of the Bethlehem Steel Corporation Liquidating Trust (the "Trust") for an Order approving the modification of the terms of that certain letter agreement, dated December 22, 2003, by and among Bethlehem Steel Corporation and its affiliated debtor companies ("Bethlehem Steel"), the Official Committee of Unsecured Creditors of Bethlehem Steel, and the Hon. James A Goodman (the "Engagement Agreement"); and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the Application is granted for a period of six months, subject to further review before the expiration of six months; and it is further

**ORDERED** that the Engagement Agreement is hereby modified as set forth in the Application for a period of six months, subject to further review before the expiration of six months; and it is further

**ORDERED** that the Clerk of the Court shall immediately enter this Order.

**IT IS SO ORDERED.**

Dated: New York, New York
December 30, 2005

/s/ Hon. Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE