UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                           :          Chapter 11 Case Nos.
                                                :
BETHLEHEM STEEL CORPORATION,    :          01-15288 (BRL) through
et al.,                                            :          01-15302, and 01-15308
                                                :          through 01-15315 (BRL)
        Debtors.                               :          (Jointly Administered)
                                                :
---------------------------------------------------------x

### ORDER GRANTING MOTION OF BETHLEHEM STEEL CORPORATION LIQUIDATING TRUST TO EXTEND THE TERM OF THE LIQUIDATING TRUST TO DECEMBER 31, 2010

Upon the motion (the "Motion") of Bethlehem Steel Corporation Liquidating Trust (the "Trust") for an Order extending the term of the Trust to December 31, 2010 and, in conjunction therewith modifying the terms of the Engagement Agreement relating to the monthly compensation of the Liquidating Trustee, and after a hearing having been held on October 1, 2009, regarding the Motion; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted, in its entirety; and it is further

**ORDERED** that the term of the Trust is extended to December 31, 2010; and it is further

**ORDERED** that the compensation of the Trustee be reduced from its existing rate of $25,000 per month under the Engagement Agreement, commencing September 1, 2009 through and including December 31, 2009, to a fixed rate of $18,000 per month, and during the extended term of the Trust, commencing January 1, 2010 through and including its termination, said compensation be further reduced to a

fixed rate of $15,000 per month , plus reimbursement of all reasonable out-of-pocket expenses (including attorneys' fees); and it is further

**ORDERED** that the Clerk of the Court shall immediately enter this Order.

**IT IS SO ORDERED.**

Dated: New York, New York
October 1, 2009

/s/ Burton R. Lifland
BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE